# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 16-0487-AG(KESx) | Date | September 18, 2017 |
| Title | ECOJET, INC v LURACO, INC | | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Shaeffer | Warren Norred, PHV (telephonically) |
| Jeffrey Grant | Matthew Lapple |

**Proceedings:**   PRETRIAL CONFERENCE

Cause is called for hearing and counsel make their appearances.  Pretrial conference is held. Counsel waive trial by jury and state this will be a 1-2 day bench trial.

Plaintiff may file a motion in limine to strike evidence re affirmative defensen by September 21, 2017. Any opposition shall be filed by September 27, 2017

The parties shall be in communication with the courtroom deputy clerk at AG_chambers@cacd.uscourts.gov re the start date of this trial.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | lmb | |