John Shaeffer (SBN 138331)
  jshaeffer@foxrothschild.com
Jeff Grant (SBN 218974)
  jgrant@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd. Suite 900
Los Angeles, CA 90067
Telephone: 310-598-4150
Facsimile: 310-556-9828

Tom Dao (SBN 200925)
  tdao@koslaw.com
KLEIN, O'NEILL & SINGH, LLP
16755 Von Karman, Suite 275
Irvine, CA 92606
Telephone: 949-955-1920
Facsimile: 949-955-1921

Attorneys for Plaintiff,
ECOJET, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ECOJET, INC., <br><br> Plaintiff, <br><br> v. <br><br> LURACO, INC, <br><br> Defendant. | Case No.: 16-CV-00487-AG-KES <br><br> Hon. Judge Andrew J. Guilford <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL** <br><br> Current Trial Date: Oct. 18, 2017 |

Plaintiff Ecojet, Inc. ("Ecojet") and Defendant Luraco, Inc. ("Luraco"), collectively ("Parties"), by and through their undersigned counsel, come before the court seeking to continue the trial from October 18, 2017, to a date on which the parties principals can attend.

**WHEREAS:**

1. The Court originally ordered that the trial of this matter would commence on October 3, 2017.  Dkt. No. 24.

2. In an order dated September 26, 2017, the Court continued the trial of this matter to October 18, 2017 for reasons of calendar management.  Dkt. No. 133.

3. The principal for Ecojet, Chris Luong, is scheduled to be out of the United States from October 15 to 22, 2017, to attend a trade show.

**THEREFORE:**

4. The parties respectfully request that the Court continue the trial to another to accommodate Mr. Luong's previously-scheduled international trip.  The parties note that the parties and their counsel are available on the following dates:

    October 23-24, 2017[1]

    October 26-30, 2017

    November 27, 2017-December 1, 2017

    December 6-December 20, 2017

Respectfully submitted on this 3rd day of October, 2017

Dated: October 3, 2017          By: /s/ Jeff Grant
                                          John Shaeffer
                                          Jeff Grant
                                          Attorney for Plaintiff Ecojet, Inc.

---

[1] The parties believe that two days is sufficient to allot for this case as they have stipulated to waive the jury and estimate that the trial of this matter will last 1-2 days,

1
2  Dated: October 3, 2017                By:  */s/ Warren Norred*
3                                              Warren Norred
4                                              Attorney for Defendant Luraco, Inc.
5

6                    **ATTESTATION [LR 5-4.3.4]**
7       The filer of this document attests that all of the signatories hereto concur in the
8  filing's content and have authorized the filing.
9
10
...
28

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL
ACTIVE\51224769.v1-10/3/17                3