# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 16-0487-AG(KESx) |
| Title: | ECOJET, INC v LURACO, INC |
| Date | November 2, 2017 |

Present: The Honorable **ANDREW J. GUILFORD**

| Lisa Bredahl | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Shaeffer; Jeffrey Grant | Matthew Lapple; Warren Norred, PHV |

1st Day Court Trial     ___ Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
X  Opening statements made by   each side
X  Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
X  Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
X  Motion for Judgment/Directed Verdict by ___ is ___ granted. X denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to   November 3, 2017 at 8:00 a.m.   for further trial/further jury deliberation.
___ Other:

4 : 40

Initials of Deputy Clerk   lmb

cc: