# LIST OF EXHIBITS AND WITNESSES

| Case Number | SACV 16-0487-AG(KESx) | Judge ANDREW J. GUILFORD |
|---|---|---|
| Title | ECOJET, INC v. LURACO, IN | |
| Dates of Trial | November 2 and 3, 2017 | FILED CLERK, U.S. DISTRICT COURT NOV - 3 2017 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY |
| Court Reporters | Miriam Baird | |
| Deputy Clerks | Lisa Bredahl | |

| Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s) |
|---|---|
| John Shaeffer | Matthew Lapple |
| Jeffrey Grant | Warren Norred, PHV |

| Plaintiff(s) | | | Defendant(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | 11/2/17 | |
| | | | | | | Michael Johnson | Plaintiff |
| | | | | | | Kevin Le | Plaintiff |
| | | | | | | Tom Le | Plaintiff |
| | | | | | | Hoang Pham | Defendant |
| | | | | | | 11/3/17 | |
| | | | | | | Christopher Luong | Defendant |
| | | | | | | Kevin Le (recalled) | Defendant |

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | October 31 Supplement to RFP-05 Exhibit 5 | | |
| 2 | 1/23/17 Sales report of 5 accused products LURACO-030056 | — | 11/2 |
| 3 | CAD Drawing Fluid Motion Video 1 | | |
| 4 | CAD Drawing Fluid Motion Video 2 | | |
| 5 | Quickbooks Print Out | — | 11/2 |
| 6 | Sales Data For The Accused Products Since The Patent Issued Luraco-60006 - LURACO-60048 | | |
| 7 | 3/15/2016 Complaint for Patent Infringement | | |
| 8-10 | Intentionally omitted | | |
| 11 | Actual and/or projected Market share for the accused instrumentalities LURACO-020320 | | |
| 12 | Intentionally omitted | | |
| 13 | Luraco Jet Sales Projections LURACO-020325 | | |
| 14 | Intentionally omitted | | |
| 15 | Luraco Staff Chart LURACO-010248 | | |
| 16 | Hand drawing made by Kevin Le during deposition | | |
| 17 | Hand Drawing by Kevin Le made during deposition | | |
| 18 | Exemplar of Magna-Jet | — | 11/2 |
| 18A | Image of Magna-Jet | — | 11/2 |

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 19 | Intentionally omitted | | |
| 20 | Exemplar of Dura-Jet 4 | — | 11/2 |
| 20A | Image of of Dura-Jet 4 | — | 11/2 |
| 21 | Intentionally omitted | — | |
| 22 | Magna-JET CAD file - Magna-JET LED.sldasm | — | 11/2 |
| 23 | CAD drawing of Dura-Jet III | — | 11/2 |
| 24 | CAD drawing of Dura-Jet 4 | — | 11/2 |
| 25 | Exemplar of Dura-Jet III | | 11/2 |
| 25A | Image of Dura-Jet III | — | 11/2 |
| 26 | 1/31/17 Expert Report of Dr. Hoang Pham, Ph.D. | | |
| 27 | 1/19/16 US RE45,844 | — | 11/2 |
| 28-31 | Intentionally omitted | | |
| 32 | 3/3/16 Exclusive License Agreement EJ000686-EJ000694 | | |
| 33-39 | Intentionally omitted | | |
| 40 | 12/31/16 Lexor Manufacturing P&L for 2016 EJ001148-EJ001165 | | |
| 41 | 1/24/17 Expert Report of Dr. Michael C. Johnson | | pgs 44-57 11/2 |
| 42 | Intentionally omitted | | |
| 43 | 3/21/17 Rebuttal Expert Report of Dr. Michael C. Johnson | | |
| 44 | Intentionally omitted | | |
| 45 | Image of Pure Flow Cap EJ001170 | | |

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 46 | Image of Pure Flow Cap EJ001171 | | |
| 47 | Image of Pure Flow Cap EJ001173 | | |
| 48-54 | Intentionally omitted | | |
| 55 | Image of outside portion of Luraco cap | | |
| 56 | Intentionally omitted | | |
| 57 | Image of three accused products which are exhibits 18, 20 and 25 | | |
| 58 | Image of inside of Luraco cap | | |
| 59 | Pricing of accused product | | |
| 60-63 | Intentionally omitted | | |
| 64 | Magna-Jet Package insert LURACO-000407-411 | | |
| 65 | Dura-Jet Package Insert LURACO-000412-415 | | |
| 66 | Dura-Jet III Package Insert LURACO-000416-419 | | |
| 67 | Intentionally omitted | | |
| 68 | Magna-Jet Marketing LURACO-000812-813 | | |
| 69 | Luraco Advertising LURACO000855-857 | | |
| 70-72 | Intentionally omitted | | |
| 73 | DuraJet3 BOM LURACO-010219-222 | | |
| 74 | Intentionally omitted | | |
| 75 | Luraco org chart LURACO010247 | | |

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 76 | October 12, 2013 Magistrate Judge's Discovery Order Re Motion to Compel | | |
| 77 | September 21, 2017 Notice Of Obligation To Supplement Production Of Documents Prior To Trial | | |
| 78 | September 21, 2017 Subpoena to Appear and Testify at Trial to Thahn "Tom" Le | | |
| 101 | Photos of Sanijet Corp. 30008 Pump LURACO-50016, -010317 to -010320 | | |
| 102 | Images of Gulfstream GS3203 Pump (Chen); LURACO-50020, -010315, -16, -38; -010376 to -010379 | | |
| 103 | Photos of Lexor, Inc. Pureflo-3 Pump LURACO-010322-10323; -10371,-72, -74 | | |
| 104 | File Wrapper of the US RE45,844 Patent EJ000323-685 | — | 11/2 |
| 105 | File Wrapper for US 8,272,079 EJ000015-EJ000163 | — | 11/2 |
| 106 | File Wrapper for US App. 13/910,977 EJ000164-250 | | |
| 107 | File Wrapper for US App. 11/312,907 EJ000251-322 | | |
| 108 | Luraco Photos LURACO-000428 through -436, 433, and LURACO-010130 through -131 | | |
| 109 | Luraco/ Ecojet Communications LURACO-50010-50013 | | |
| 110 | 1/1/2016 - 9/24/2017 Monthly Sales Data LURACO-60049 - LURACO-60052 (Relevant for sales data.) | | |
| 111 | Ecojet Housing Drawings EJ001330-1332 | | |
| 112 | Lac Long Email EJ001202-1207 | | |
| 113 | 1/20/2016 - 9/25/2017 Summary Sales Data by item LURACO-60053 | | 11/2 |

| | Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | 114 | Drawings of Ecojet/Lexor Cap EJ001237, 1240 | | |
| 2 | 115 | Email from Lac Long, 1/12/2009 EJ001251 | | |
| 3 | 116 | October 30, 2017 Subpoena to Appear and Testify at Trial to Christopher Luong, aka Christopher Long and Chris Long. | | |
| 4 | 117 | 2D prints from Magna-Jet CAD files (included with 4th Supplement to RFP; demonstratives based on the CAD files) LURACO-12001 to -12003 | — | 11/2 |
| 5 | 118 | Document 60, Claim Construction Ruling | | |
| 6 | 119 | Luraco Magna Jet promotional material LURACO-010207 | | |
| 7 | 120 | Omitted. (Duplicate of 106.) | | |
| 8 | 121 | CAD image of Pure Flow EJ001176-EJ001176 | | |
| 9 | 122 | 2D drawing of Ecojet cap EJ001177-EJ001177 | | |
| 10 | 123 | 2D drawing of inside of Ecojet cap EJ001179-EJ001179 | | |
| 11 | 124 | 2D drawing of Ecojet pump EJ001185-EJ001185 | | |
| 12 | 125 | 2D drawing of Ecojet cap EJ001320-EJ001320 | | |
| 13 | 126 | CAD drawing of Ecojet pump EJ001323-EJ001323 | | |
| 14 | 127 | CAD drawing of Ecojet pump EJ001325-EJ001329 | | |
| 15 | 128 | Email from Thai Pham, with pic, 1/12/2008 EJ001275 | | |
| 16 | 129 | 2D print from Magna-Jet Cad file LURACO-000401- | | |
| 17 | 130 | 2D print from Magna Jet Cad file LURACO-000403- | | |
| 18 | 131 | Luraco patent drawing 4-6 | | |

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | LURACO-000510-000511 | | |
| 132-133 | Omitted. | | |
| 134 | Magna Jet advertising pitch LURACO-010207 | | |
| 135 | Luraco's Nail Salon Sanitation Problem LURACO-010236 | | |
| 136 | Luraco Demonstrative PowerPoint | | |
| 137 | Exemplar, Sanijet Corp., 30008 Pump | | |
| 138 | Exemplar, Gulfstream GS3203 Pump | | |
| 139 | Exemplar, Lexor PureFlo-3 Pump | | 11/3 |
| 140 | Annotated example of Ex 117 | | 11/3 |

ACTIVE\51665541.v1-10/31/17