John Shaeffer (SBN 138331)
   jshaeffer@foxrothschild.com
Jeff Grant (SBN 218974)
   jgrant@foxrothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd. Suite 900
Los Angeles, CA 90067
Telephone:  310-598-4150
Facsimile:   310-556-9828

Tom Dao (SBN 200925)
   tdao@koslaw.com
KLEIN, O'NEILL & SINGH, LLP
16755 Von Karman, Suite 275
Irvine, CA 92606
Telephone:  949-955-1920
Facsimile:   949-955-1921

Attorneys for Plaintiff,
ECOJET, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| ECOJET, INC., | Case No.: 16-CV-00487-AG-KES |
| Plaintiff, | Hon. Judge Andrew J. Guilford |
| v. | **NOTICE OF TERMINATION OF *EX PARTE* REEXAMINATION** |
| LURACO, INC, | |
| Defendant. | Trial:       Nov. 2-3, 2017 |

NOTICE OF TERMINATION OF *EX PARTE* REEXAMINATION

TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Ecojet, Inc. ("Ecojet") hereby notifies the Court that the United States Patent and Trademark Office has provided notice that it intends to close the *ex parte* reexamination proceeding instituted upon a petition by Luraco Inc.'s ("Luraco") without any modification to the claims of the Patent-in-Suit, U.S. Patent No. RE45844.  A copy of the Notice of Intent to Issue *Ex Parte* Reexamination Certificate is attached hereto as Exhibit A.  In relevant part, the examiner noted: "Patent Owner's remarks of February 20, 2018 are persuasive.  It is agreed that the proposed combination of Booth and Chen is lacking."

Ecojet provides this Notice of Termination in light of Defendant Luraco's Notice Regarding Reexamination Rejection, Dkt. No. 163, and in further opposition to the request for judicial notice set forth therein.  *See* also Objection to Luraco's Notice Regarding Reexamination Rejection and Request for Judicial Notice, Dkt. No. 164.

Respectfully submitted,

Dated: April 19, 2018                         FOX ROTHSCHILD

By:  /s/ Jeff Grant
John Shaeffer
Jeff Grant
Attorney for Plaintiff Ecojet, Inc.

NOTICE OF TERMINATION OF *EX PARTE* REEXAMINATION

1

# EXHIBIT A

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/013,804 | 09/20/2016 | RE45844 | 115.18 Reexam | 7920 |

22145        7590        04/11/2018
KLEIN, O'NEILL & SINGH, LLP
16755 VON KARMAN AVENUE
SUITE 275
IRVINE, CA 92606

| EXAMINER |
|---|
| DOERRLER, WILLIAM CHARLES |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3993 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/11/2018 | PAPER |

**RECEIVED**
*By Klein, O'Neill & Singh, LLP at 9:50 am, Apr 12, 2018*

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Hoang Steve Ngo
P.O. Box 26123
Arlington, VA 22215

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. _90/013,804_.

PATENT NO. _RE45844 ET AL._.

ART UNIT _3993_.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

/William C Doerrler/
Primary Examiner
Art Unit: 3993

| | Control No. | Patent Under Reexamination |
|---|---|---|
| ***Notice of Intent to Issue Ex Parte Reexamination Certificate*** | 90/013,804 | RE45844 ET AL. |
| | **Examiner** | **Art Unit** | **AIA (First Inventor to File) Status** |
| | WILLIAM DOERRLER | 3993 | No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☒ Prosecution on the merits is (or remains) closed in this *ex parte* reexamination proceeding.  This proceeding is subject to reopening at the initiative of the Office or upon petition.  *Cf.* 37 CFR 1.313(a).  A Certificate will be issued in view of
   (a) ☒  Patent owner's communication(s) filed: <u>20 February 2018</u>.
   (b) ☐  Patent owner's failure to file an appropriate timely response to the Office action mailed: _____.
   (c) ☐  Patent owner's failure to timely file an Appeal Brief (37 CFR 41.31).
   (d) ☐  The decision on appeal by the  ☐ Board of Patent Appeals and Interferences  ☐ Court dated _____
   (e) ☐  Other: _____.

2.   The Reexamination Certificate will indicate the following:
   (a)  Change in the Specification:   ☐ Yes ☒ No
   (b)  Change in the Drawing(s):   ☐ Yes ☒ No
   (c)  Status of the Claim(s):
      (1) Patent claim(s) confirmed: <u>4-33</u>.
      (2) Patent claim(s) amended (including dependent on amended claim(s)): _____
      (3) Patent claim(s) canceled: _____.
      (4) Newly presented claim(s) patentable: <u>34</u>.
      (5) Newly presented canceled claims: _____.
      (6) Patent claim(s) ☐ previously ☐ currently disclaimed: _____
      (7) Patent claim(s) not subject to reexamination: _____.

3. ☐  A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

4. ☒  Note the attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays.  Such submission(s) should be labeled: "Comments On Statement of Reasons for Patentability and/or Confirmation."

5. ☐  Note attached NOTICE OF REFERENCES CITED (PTO-892).

6. ☐  Note attached LIST OF REFERENCES CITED (PTO/SB/08 **or PTO/SB/08 substitute**).

7. ☐  The drawing correction request filed on _____ is:  ☐ approved   ☐ disapproved.

8. ☐  Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).
      a)☐ All  b)☐ Some*   c)☐ None      of the certified copies have
         ☐ been received.
         ☐ not been received.
         ☐ been filed in Application No. _____.
         ☐ been filed in reexamination Control No. _____.
         ☐ been received by the International Bureau in PCT Application No. _____.

      * Certified copies not received: _____.

9. ☐  Note attached Examiner's Amendment.

10. ☐  Note attached Interview Summary (PTO-474).

11. ☐  Other: _____.

**All correspondence** relating to this reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this Office action.

| Conferees:  /JLG/ and /GAS/ | /William C Doerrler/ Primary Examiner Art Unit: 3993 |
|---|---|

cc: Requester (if third party requester)

Application/Control Number: 90/013,804                                        Page 2
Art Unit: 3993

***Notice of Pre-AIA or AIA Status***

The present application is being examined under the pre-AIA first to invent

provisions.


**STATEMENT OF REASONS FOR PATENTABILITY AND/OR CONFIRMATION**

The following is an examiner's statement of reasons for patentability and/or

confirmation of the claims found patentable in this reexamination proceeding: Patent

Owner's remarks of February 20, 2018 are persuasive. It is agreed that the proposed

combination of Booth and Chen is lacking.  Neither reference provides a teaching of the

nozzle being formed on the outer surface of the cap, the outlet opening being aligned

with the housing inner surface at or adjacent the outer edge (claim 4 or the outlet

opening aligned with the second portion of the housing inner surface of claim 20)  or the

housing inner surface having an inclined portion that the water flows over before

passing through the outlet opening and nozzle to be projected into the basin. These

changes are not seen as matters of design choice as they all modify the functioning of

the pump. It is further agreed that the modifying of Booth to provide an outlet flow along

the outer rim, rather than the axial outlet changes the functioning of the pump and

makes it unable to accomplish its intended purpose, as the pump would no longer

provide a fast-moving, highly pressurized jet, as the pump is shown with widespread

and numerous radial openings. Redesigning the pump to function in a reverse order

represents invention as the inlets, outlets housing inner wall and impeller would need to

be redesigned.

Application/Control Number: 90/013,804                                       Page 3
Art Unit: 3993

　　Any comments considered necessary by PATENT OWNER regarding the above statement must be submitted promptly to avoid processing delays.  Such submission by the patent owner should be labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation" and will be placed in the reexamination file.

　　Any inquiry concerning this communication or earlier communications from the examiner should be directed to WILLIAM DOERRLER whose telephone number is (571)272-4807.  The examiner can normally be reached on Monday-Friday 6-30- 4:30.

　　Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

　　If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Eileen Lillis can be reached on (571) 272-6928.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

　　Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

Application/Control Number: 90/013,804                                   Page 4
Art Unit: 3993

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


                                        /William C Doerrler/
                                        Primary Examiner
                                        Art Unit 3993

Conferees: /JLG/ and /GAS/