Warren V. Norred (Admitted PHV)
wnorred@norredlaw.com
NORRED LAW, PLLC
200 East Abram, Suite 300
Arlington, Texas 76010
Telephone: (817) 704-3984
Facsimile: (817) 524-6686

Matthew C. Lapple (Bar No. 193546)
matt@lappleubell.com
Ha Tran Lapple (Bar No. 225022)
ha@lappleubell.com
LAPPLE UBELL IP LAW, LLP
19800 MacArthur Boulevard, 3rd Floor
Irvine, California 92612
Telephone: (949) 756-4889
Facsimile: (949) 242-9789

Attorneys for Defendant LURACO, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOJET, INC.,<br>    Plaintiff,<br>vs.<br>LURACO, INC.,<br>    Defendant. | Case No. 8:16-cv-00487-AG-KES<br><br>The Honorable ANDREW GUILFORD, District Judge<br><br>**FINAL JUDGMENT** |

# FINAL JUDGMENT

In accordance with the Court's Findings of Facts and Conclusions of Law issued May 30, 2018 ("Findings and Conclusions," Dkt. No. 166), the Court finds that Defendant Luraco, Inc. ("Luraco") is entitled to final judgment against Plaintiff Ecojet, Inc. ("Ecojet") regarding the above-captioned case tried November 2-3, 2018.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that in accordance with the Court's disposition discussed in the Findings and Conclusions:

1. Judgment is entered in favor of Luraco against Ecojet regarding Ecojet's claim for patent infringement against Luraco; Ecojet's claim thereto is DENIED.

2. Judgment is entered in favor of Luraco against Ecojet regarding Luraco's claim of non-infringement against Ecojet; Luraco's claim thereto is GRANTED.

The Court reaches this result after reviewing all arguments and evidence presented in this matter, including at trial and in the parties' Closing Argument briefs (See Dkts. 158, 159, 161). Any arguments not specifically addressed were either unpersuasive or not necessary to reach considering the Court's holdings.

The Court determines that Luraco is the prevailing party and awards costs to Luraco.

DATED: June 20, 2018

_____
Honorable Andrew Guilford
United States District Court Judge
Central District of California