UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-00487 AG (KESx) | Date | July 19, 2018 |
|---|---|---|---|
| Title | ECOJET, INC. V. LURACO, INC. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER MOVING HEARING ON MOTION FOR ATTORNEY FEES (DKT. 171)**

For reasons of calendar management and judicial economy, the hearing on Luraco's Motion for Attorney Fees previously scheduled for August 6, 2018 is CONTINUED to September 10, 2018 at 10:00 am. The reply to the motion remains due on July 23, 2018.

                                                                                                    :    0

Initials of Preparer          lmb